# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Donnell Alexander Taylor,

        Plaintiff(s),                               JUDGMENT IN A CIVIL CASE

vs.                                         3:09-cv-325-GCM

William W. Wilkins, Jr.,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by petition and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 4, 2009 Order.

                                    Signed: August 4, 2009

Frank G. Johns, Clerk
United States District Court